

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

## CORRECTION LETTER - MOTION FOR NEW TRIAL

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/28/2015 10:31:23 AM
CHRISTOPHER A. PRINE
Clerk

April 24, 2015

ANN LEE MOSELY
ATTORNEY OF RECORD
2002 TIMBERLOCK #200
THE WOODLANDS TEXAS 77380

Defendant's Name:    RODNEY DEAN SEWELL

Cause No: 1417442

Court: 176TH

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 02/26/2015
**Sentence Imposed Date:** 02/25/2016
**Court of Appeals Assignment:** Fourteenth Court of Appeals
**Appeal Attorney of Record:** ANN LEE MOSELY
Motion for New Trial   03/26/2015

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

FRANK PRICE

LAVEARNE IVEY

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651



# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

## CORRECTION LETTER - MOTION FOR NEW TRIAL

April 24, 2015

ANN LEE MOSELY
ATTORNEY OF RECORD
2002 TIMBERLOCK #200
THE WOODLANDS TEXAS  77380

Defendant's Name:  RODNEY DEAN SEWELL

Cause No:  1400739

Court:  176TH

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 02/26/2015
**Sentence Imposed Date:** 02/25/2016
**Court of Appeals Assignment:  Fourteenth Court of Appeals**
**Appeal Attorney of Record:**  ANN LEE MOSELY
Motion for New Trial   03/26/2015

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC:  Devon Anderson
       District Attorney
       Appellate Division
       Harris County, Texas

     FRANK PRICE

     LAVEARNE IVEY

This is your notice to inform any and all substitute reporters in this cause.



# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

## CORRECTION LETTER - MOTION FOR NEW TRIAL

April 24, 2015

ANN LEE MOSELY
ATTORNEY OF RECORD
2002 TIMBERLOCK #200
THE WOODLANDS TEXAS 77380

Defendant's Name: RODNEY DEAN SEWELL

Cause No: 1402508

Court: 176TH

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 02/26/2015
**Sentence Imposed Date:** 02/25/2016
**Court of Appeals Assignment:** Fourteenth Court of Appeals
**Appeal Attorney of Record:** ANN LEE MOSELY
Motion for New Trial  03/26/2015

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

    FRANK PRICE

    LAVEARNE IVEY

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651



## CORRECTION LETTER - MOTION FOR NEW TRIAL

April 24, 2015

ANN LEE MOSELY
ATTORNEY OF RECORD
2002 TIMBERLOCK #200
THE WOODLANDS TEXAS  77380

Defendant's Name:    RODNEY DEAN SEWELL

Cause No:  1403353

Court:  176TH

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 02/26/2015
**Sentence Imposed Date:** 02/25/2016
**Court of Appeals Assignment:  Fourteenth Court of Appeals**
**Appeal Attorney of Record:**  ANN LEE MOSELY
Motion for New Trial  03/26/2015

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC:  Devon Anderson
      District Attorney
      Appellate Division
      Harris County, Texas

    FRANK PRICE

    LAVEARNE IVEY

This is your notice to inform any and all substitute reporters in this cause.



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

## CORRECTION LETTER - MOTION FOR NEW TRIAL

April 24, 2015

ANN LEE MOSELY
ATTORNEY OF RECORD
2002 TIMBERLOCK #200
THE WOODLANDS TEXAS 77380

Defendant's Name:  RODNEY DEAN SEWELL

Cause No: 1408337

Court: 176TH

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 02/26/2015
**Sentence Imposed Date:** 02/25/2016
**Court of Appeals Assignment:  Fourteenth Court of Appeals**
**Appeal Attorney of Record:** ANN LEE MOSELY
Motion for New Trial  03/26/2015

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

    FRANK PRICE

    LAVEARNE IVEY

This is your notice to inform any and all substitute reporters in this cause.